IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:24-CR-00208-ALM-AGD |
| | § | |
| GREGORY EUGENE EDWARDS | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 2 (sealed).

**PROCEDURAL HISTORY**

On January 9, 2023, United States District Judge Sam A. Lindsay sentenced defendant Gregory Eugene Edwards to 30 months of imprisonment followed by two years of supervised release. Dkt. 1-3 at 1–3. Edwards's term of supervised release commenced on August 5, 2024. Dkt. 2 at 1 (sealed).

In October 2024, a probation officer petitioned the court for a warrant, alleging that Edwards had violated two conditions of his supervised release. Dkt. 2 (sealed). The allegations were that Edwards had violated the conditions of supervision that required him to (a) refrain from any unlawful use of a controlled substance; and (b) work full time in lawful employment, unless excused by the probation officer. Dkt. 2 at 1 (sealed).

In support of those allegations, the petition asserted that, on four occasions in 2024, Edwards submitted urine specimens that tested positive for cocaine. Dkt. 2 at 1 (sealed). The petition also asserted that, since his supervised release began, Edwards has not obtained lawful employment. Dkt. 2 at 1 (sealed).

A final revocation hearing was held before me on January 28, 2025. Minute Entry for Jan. 28, 2025. Edwards pleaded true to the allegations. *Id.* He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 13. The government requested a sentence of eight months of imprisonment followed by one year of

supervised release, which is within the federal sentencing guidelines; the defendant agreed. After hearing argument from counsel and a statement from Edwards, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Edwards's supervised release be revoked based on allegations one and two in the petition, Dkt. 2 (sealed); (2) Edwards be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight months, with one year of supervised release to follow, all prior conditions imposed; and (3) Edwards be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 31st day of January, 2025.

_____
Bill Davis
United States Magistrate Judge