**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:24-CR-00208-ALM-AGD** |
| | § | |
| **GREGORY EUGENE EDWARDS** | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 18 (sealed).

**PROCEDURAL HISTORY**

On January 9, 2023, United States District Judge Sam A. Lindsay sentenced defendant Gregory Eugene Edwards to 30 months of imprisonment followed by two years of supervised release. *United States v. Gregory Eugene Edwards*, No. 3:22-cr-00029-L(1) (N.D. Tex.), Dkt. 34. On September 13, 2024, United States District Judge Amos L. Mazzant, III, accepted transfer of supervised release from the Northern to the Eastern District of Texas. Dkt. 1. Edwards's current term of supervised release commenced September 23, 2025. Dkt. 18 (sealed).

In February 2026, a probation officer petitioned the court for a warrant, alleging that Edwards had violated conditions of his supervised release. *Id.* The petition alleged that Edwards had violated conditions that required him not to commit another crime and to refrain from any unlawful use of a controlled substance. *Id.* In support of those allegations, the petition asserted that Edwards had admitted to using Phencyclidine (PCP) and tested positive for marijuana on multiple occasions. *Id.*

A final revocation hearing was held before me on March 18, 2026. Edwards pleaded true to allegation two. Minute Entry for Mar. 18, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 28.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegation one in the petition for revocation of Edwards's supervised release, Dkt. 18 (sealed), be dismissed; (2) Edwards's supervised release be revoked based on allegation two in the petition, *id.*; (3) Edwards be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months, to run consecutively to any other sentence, with no term of supervised release to follow; and (4) Edwards be placed at FMC Fort Worth in Fort Worth, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 2nd day of April, 2026.

_____
Bill Davis
United States Magistrate Judge